UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JOHN TAYLOR, an individual,

      Plaintiff,

v

BOLLINGER INNOVATIONS, INC.
f/k/a MULLEN AUTOMOTIVE, INC.,
a Delaware corporation, and DAVID
MICHERY, an individual,

      Defendants.

Case No. 25-13428
Hon. Terrence G. Berg

| CRONKHITE COUNSEL PLLC | STARR BUTLER, PLLC |
|---|---|
| R.J. Cronkhite (P78374) | Joseph A. Starr (P47253) |
| Christopher A. Chesney (P80969) | Mary S. Rabban (P85429) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 36800 Woodward Ave., Ste. 310 | 20700 Civic Center Dr., Ste. 290 |
| Bloomfield Hills, MI 48304 | Southfield, MI 48076 |
| (248) 309-8602 | (248) 554-2700 |
| rj@cronkhitelaw.com | jstarr@starrbutler.com |
| chris@cronkhitelaw.com | mrabban@starrbutler.com |

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

The parties stipulate and agree to extend the time that Defendants Bollinger Innovations, Inc. f/k/a Mullen Automotive Inc., and David Michery (collectively, "Defendants") shall have to answer Plaintiff John Taylor's Complaint. Defendants shall answer or otherwise respond to Plaintiff's Complaint on or before Wednesday, November 26, 2025.

{00141604.DOCX}

**IT IS HEREBY ORDERED** that the deadline for all Defendants to answer or otherwise respond to Plaintiff's Complaint shall be extended to Wednesday, November 26, 2025.

This order does not resolve the last pending claim and does not close this case.

s/Terrence G. Berg
DISTRICT COURT JUDGE

Date: November 18, 2025

Stipulated as to form and substance:

/s/ Christopher A. Chesney (w/consent)
R.J. Cronkhite (P78374)
Christopher A. Chesney (P80969)
Attorneys for Plaintiff

/s/ Mary S. Rabban
Joseph A. Starr (P47253)
Mary S. Rabban (P85429)
Attorneys for Defendants