UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Taylor,

                    Plaintiff(s),

v.                                          Case No. 2:25−cv−13428−TGB−APP
                                            Hon. Terrence G. Berg

Bollinger Innovations, Inc., et
al.,

                    Defendant(s),

_____

### NOTICE OF MOTION HEARING

   You are hereby notified to appear before District Judge Terrence G. Berg at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  The following motion(s) are scheduled for hearing:

                    Motion to Change Venue – #12

     • MOTION HEARING:  June 30, 2026 at 10:00 AM


### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/Emily P Vradenburg_____
                                  Case Manager


Dated:   March 24, 2026